IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Nathaniel Maloy

                        )
                        )
                        )
    Plaintiff(s),        )    CIVIL ACTION NO.
                        )
                        )    JURY DEMAND (MARK ONE)
                        )
    v.                   )    ☐YES    ☑NO
BBVA                    )
                        )    2:23-CV-377-ECM-KFP
                        )
    Defendant(s).

RECEIVED

2023 JUN 12 A II: 30

[stamp] CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

COMPLAINT

1.    Plaintiff(s)' address and telephone number: Nathaniel Maloy 5181 Batdorf CT. Pahrump Nv, 89061
714-204-5628

2.    Name and address of defendant(s): BBVA USA Bancshares, Inc. 15 South 20th Street Suite 702. Birmingham, Alabama

3.    Place of alleged violation of civil rights: Alabama

4.    Date of alleged violation of civil rights: 2022

5.    State the facts on which you base your allegation that your constitutional rights have been violated: Having fraudulent account opened in my name without identification of any kind in the file, not being able to deal with this without help from cops. Because all money the fraud account made being a person with 100 thousand of dollars makes harder to open other bank accounts being something other than I am. § 1020.220 Customer identification program requirements for banks also no proper identification wa on file at time, other conversations I can't bring up stated that we don't have proper D.L., Social or proof of address. It had my name with these large amounts of cash being deposited from 2017-2021 January of 2021.

1

6.    Relief requested: 125,000 For grief for having dealt with this, ruining my credit an violation of § 1020.220 Customer identification program requirements for banks, already not doing something totally legal that happens somewhat frequently making it near impossible to open New accounts and look like a liability credit wise.

Date: 03/15/2023

Nathaniel Maloy

Plaintiff(s) Signature

2

# Message Center

 **+ New**

Aug 4

Hello, Nathaniel! Thank you fo...

Customer Support

Jul 30

I understand Nathaniel that yo...

Customer Support

Jul 30

Hi Nathaniel, regarding about ...

Messages are available in the Message Center for 90 days from the day originally sent. If you would like a copy of any messages prior to that timeframe, please **contact us**.

HELP    **CONTACT US**    SECURITY    FEES

©1999-2021 PayPal, Inc. All rights reserved

| | | | Shown on return | Reported by others | Difference |
|---|---|---|---|---|---|
| **...e Wages**<br>...from<br>...Y HILLS COUNTRY CLUB | **Address**<br>4125 S UNIVERSITY BLVD<br>CHERRY HILLS VILLAGE CO<br>80113 | **Account Information**<br>SSN [redacted]9362<br>Form W-2 | $0 | $1,493 | $1,493 |

| | | | Shown on return | Reported by others | Difference |
|---|---|---|---|---|---|
| **...t**<br>...from<br>...AN SACHS BANK USA | **Address**<br>PO BOX 1978<br>CRANBERRY TWP PA<br>16066 | **Account Information**<br>300010203290<br>SSN [redacted]9362<br>Form 1099-INT | $0 | $9 | $9 |
| ...SACHS BANK USA | PO BOX 1978<br>CRANBERRY TWP PA<br>16066 | 300007373227<br>SSN [redacted]9362<br>Form 1099-INT | $0 | $14 | $14 |
| ...SACHS BANK USA | PO BOX 1978<br>CRANBERRY TWP PA<br>16066 | 300005517116<br>SSN [redacted]9362<br>Form 1099-INT | $0 | $22 | $22 |
| ...tal | | | $0 | $45 | $45 |

*(handwritten)* November 15 2018  11/15/18

| | | | Shown on return | Reported by others | Difference |
|---|---|---|---|---|---|
| **...Card/Third Party**<br>...C BRAINTREE DIVISION<br>...NTHAVONG | **Address**<br>222 W MERCHANDISE<br>MART PLAZA SUITE<br>CHICAGO IL 60654 | **Account Information**<br>3ZDB8W<br>SSN [redacted]9362<br>Form 1099-K | $0 | $111,483 | $111,48... |

## Payment card and third-party network transactions

You received Form 1099-K, Payment Card and Third Party Network Transactions, because you accepted merchant cards for payments, or because you received payments through a third-party network. The am...

Crystal A. (Braintree)
Aug 2, 2021, 1:26 PM CDT

Hello Nathaniel,

Thank you for providing the account number. I will be able to provide additional information.

Salena is a corporate point of contact for IRS reporting. She is not a customer of your business and therefore will not be sending you any payments.

For the years of 2018 - 2020, your website http://www.jobamov.comprocessed through Braintree. When you created your website, you opted to use a service called "PayPal powered by Braintree". This is why you are receiving a 1099-K from Braintree - we were the processor for the payments you received.

During the year of 2019, you received a total of $111,483.44 in revenue through your site. Throughout the year, those funds were disbursed into your BBVA account ending in 3976. As a corporation, we are obligated to report those earnings to the IRS. You will need to reach out to the IRS for further guidance on how you can correct your filings.

Braintree
Aug 2nd
account confirmations

typo

executiveoffice@pay...   9/10/2021

to me ⌄

Dear Nathaniel Maloy,

My name is Ashley with PayPal's Office of Executive Escalations. Your outreach was forwarded to me so that I can fully address your concerns.

I regret the frustration you experienced with contacting Braintree support to obtain information on a Braintree account you stated was in your name. I understand how this would be a cause for concern and I appreciate you bringing it to our attention.

In review of your communications with Braintree, on July 30, 2021, you contacted Braintree support via email stating PayPal Inc. Braintree division advised you that you were to be receiving money from Braintree, and you provided partial documents showing an amount of $111,483.00. The same day, Braintree responded advising we were unable to see the full document you provided, and to send a full copy of the document so we could investigate the issue. The same day, you provided a partial document with an account and 1099-K information.

On August 2, 2021, Braintree support contacted you via email and advised to help you correct your tax filings to reflect your appropriate earnings, we provided your 1099-K documents for the past three years. The same day, you responded advising you did not create the Braintree account and have no bank

This message was sent securely using Zix Corp.

Hello,

Please see attached claim approval letter. Our records do not show an account ending in 3976; therefore, I recommend you reaching out to Braintree to have them start an investigation. Thank you.

Regards,
Monique

**Monique Bouapha**
Fraud Investigator II
Corporate Investigations & Recovery

**BBVA USA NOW A PART OF PNC**
3491 N. Salida St.
Aurora, CO 80011
(c) 720-219-2463 | (f) 205-524-4493
monique.bouapha@bbva.com

Nathaniel Maloy
5181 Batdorf Ct.
Pahrump, NV 89061


Re: Identity Theft Claim
Account number: 7438
Case Number: C2108142157


Dear Mr. Maloy,

An investigation was conducted with respect to your claim of identity theft submitted to BBVA regarding account ending in 7438. This letter is to inform you that your claim has bee approved.

The account has been closed and reported as Identity Theft. Our records at BBVA have beer updated to reflect the results of this investigation and forwarded to the appropriate credit reporting agencies, if applicable.

If you have any questions, please do not hesitate to contact me at 720-219-2463.


Sincerely,
Monique Bouapha

Monique Bouapha
BBVA USA
Corporate Investigations & Recovery

Nathaniel Maloy
5181 Batdorf Ct.
Pahrump NV, 89061






office of the Clerk
U.S. District Court Frank M. Johnson Courthouse
1 Church St, Suite B-110
Montgomery, AL 36104-4018